IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
07/07/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

SOPHEA PHOL,                                        )
                                                    )
                    Petitioner,                     )
        v.                                          )        Case No. 26-3116-JWL
                                                    )
MISTY MACKEY, Warden,                               )
        Midwest Regional Reception Center;          )
MARKWAYNE MULLIN, DHS Secretary;                    )
TODD BLANCHE, Acting Attorney General; and          )
TODD LYONS, Acting Director, ICE,                   )
                                                    )
                    Respondents.                    )
                                                    )
_____)

## ORDER OF DISMISSAL

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which she challenged her detention by immigration officials. Respondents filed an answer to the petition, but petitioner did not file a traverse by the deadline. Respondents have now given notice that petitioner has been removed from the United States,[1] and the Court agrees that, in light of that removal, the case is now moot. Accordingly, the Court hereby **dismisses the petition as moot**.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

---

[1] Respondents did not explain why they needed more than one month to provide this notice after petitioner's removal on June 2, 2026.

2

IT IS SO ORDERED.

Dated this 7th day of July, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge